ON PETITION FOR REHEARING EN BANC PER CURIAM: Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. The court havirig been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (Fed; R. App. P. and 5th Cir, R. 35), the Petition for Rehearing En Banc is DENIED. In the poll, 7 judges vote in favor of rehearing en banc, and 7 vote against. Voting in favor are Judges Jolly, Jones, Smith, Clement, Owen, Elrod, and South-wick, Yoting against are Chief Judge Stewart, and Judges Dennis, Prado, Haynes, Graves, Higginson, and Costa. Jacques L. Wiener, Jr. United States Circuit Judge